UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Salvador GONZALEZ-Arriola,** )<br>)<br>)<br>Defendant )<br>) | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States<br><br>08 MJ 1185 |

FILED
08 APR 17 AM 11:24
DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **April 15, 2008** within the Southern District of California, defendant, **Salvador GONZALEZ-Arriola**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **APRIL 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Salvador GONZALEZ-Arriola

JPMC

## PROBABLE CAUSE STATEMENT

On April 15, 2008, Senior Patrol Agent James Garcia was assigned to line watch duties near Tecate, California. At approximately 10:00 PM, Agent Garcia responded to a seismic intrusion device in an areaknow as Murphy's Curve. This area is located approximately five miles west of the Tecate, California Port of Entry and approximately three miles north of the International Border between the United States and Mexico.

Agent Garcia responded to the area and found nineteen individuals attempting to conceal themselves in the high brush. Agent Garcia identified himself as a Border Patrol Agent and performed an immigration inspection. All nineteen, including one later identified as the defendant **Salvador GONZALEZ-Arriola**, stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to legally enter or remain in the United States. All subjects were taken into custody and transported to the Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 25, 2007** through **San Diego, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.