**FILED**

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1587-BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| SALVADOR GONZALEZ-ARRIOLA, | |
| Defendant. | |

The United States Attorney charges:

On or about April 15, 2008, within the Southern District of California, defendant SALVADOR GONZALEZ-ARRIOLA being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1326, Criminal Case No. 04cr2832DMS, in the

//

//

//

CEM:es:San Diego
4/29/08

1 | United States District Court for the Southern District of California;
2 | all in violation of Title 8, United States Code, Section 1325, a
3 | felony.

4 | DATED: May 15, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney