1
2
3
4
5
6
7

FILED

JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MD          DEPUTY

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,          )    Criminal No. 08 CR. 1587-BEN
                                         )
11                    Plaintiff,         )    CONSENT TO RULE 11 PLEA IN A
                                         )    FELONY CASE BEFORE UNITED
12    v. SALVADOR Gonzalez - Arriola     )    STATES MAGISTRATE JUDGE,
                                         )    WAIVER OF PRESENTENCE REPORT
13                                       )    AND WAIVER OF OBJECTIONS FOR
                                   ,     )    IMMEDIATE SENTENCING
14                    Defendant.         )
                                         )
15    ─────────────────────────────     )

16         I have been advised by my attorney and by the United States

17    Magistrate Judge of my right to enter my plea in this case before

18    a United States District Judge.  I hereby declare my intention to

19    enter a plea of guilty in the above case, and I request and

20    consent to have my plea taken by a United States Magistrate Judge

21    pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22         I understand that if my plea of guilty is taken by the

23    United States Magistrate Judge, and the Magistrate Judge

24    recommends that the plea be accepted, the assigned United States

25    District Judge will then decide whether to accept or reject any

26    plea agreement I may have with the United States and will

27    adjudicate guilt and impose sentence.

28         I further understand that due to my request for immediate

1  sentencing in this case, I am waiving the preparation of a
2  presentence report and I am also waiving any objections I may
3  have to the Magistrate Judge's findings and recommendation
4  concerning the entry of my guilty plea.

7  Dated: _____        _____
8         5/30/08                Defendant
10
11 Dated: _5/30/08_____        _____
12                               Attorney for Defendant

14     The United States Attorney consents to have the plea in this
15 case taken by a United States Magistrate Judge pursuant to
16 Criminal Local Rule 11.2 and further waives a presentence report
17 in this case as well as any objections to the Magistrate Judge's
18 findings and recommendation concerning the entry of the guilty
19 plea.

22 Dated: _6/12/08_____        _____
23                               Assistant United States Attorney